UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

STEPHEN JAMES WEBSTER,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Assault by Strangulation)

On or about October 25, 2023, in Baraga County, in Indian Country, on lands located within the exterior boundaries of the Keweenaw Bay Indian Community reservation, in the Western District of Michigan, Northern Division, Defendant,

**STEPHEN JAMES WEBSTER,**

an Indian, assaulted his intimate partner and dating partner, SW, by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. § 113(b)(3), (4)
18 U.S.C. § 2266(7)(A)(i)
18 U.S.C. § 2266(10)
18 U.S.C. § 1151
18 U.S.C. § 1153

**COUNT 2**
(Domestic Assault by an Habitual Offender)

On or about October 25, 2023, in Baraga County, in Indian Country, on lands located within the exterior boundaries of the Keweenaw Bay Indian Community reservation, in the Western District of Michigan, Northern Division, Defendant,

**STEPHEN JAMES WEBSTER,**

committed a domestic assault against SW.

Defendant committed the domestic assault after having been convicted on at least two separate occasions in Wisconsin state courts for offenses that would be, if subject to federal jurisdiction, assaults against a spouse or intimate partner, those being:

1. Battery – domestic abuse, in Brown County case number 2015CF000458, in which judgment was entered on or about December 15, 2015; and

2. Battery – domestic abuse, in Brown County case number 2018CF000944, in which corrected judgment was entered on or about January 23, 2019.

18 U.S.C. § 117

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney