UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

STEPHEN JAMES WEBSTER,

      Defendant.

_____/

No. 2:23-cr-13

Hon. Paul L. Maloney
U.S. District Judge
Hon. Maarten Vermaat
U.S. Magistrate Judge

## GOVERNMENT'S MOTION FOR DETENTION

The United States moves for pretrial detention of defendant. Under 18 U.S.C. § 3142(f)(1)(A), defendant is charged with a crime of violence. *United States v. Thompson*, No. 12-CR-20656, 2015 WL 1780801, at *7 (E.D. Mich. Apr. 20, 2015) (concluding Michigan assault with intent to do great bodily harm and/or assault by strangulation qualifies as crime of violence under USSG § 4B1.2's elements clause). Therefore, the court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Under § 3142(f)(2), the United States moves for a continuance of 3 days to prepare for the hearing.

                                        Respectfully submitted,

                                        MARK A. TOTTEN
                                        United States Attorney

Dated:  November 15, 2023       /s/ *Theodore J. Greeley*
                                        THEODORE J. GREELEY
                                        Assistant United States Attorneys