UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:23-cr-13

    Plaintiff,   Hon. Paul L. Maloney
        U.S. District Judge

v.

STEPHEN JAMES WEBSTER,

    Defendant.
    _____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on February 5, 2024, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant Stephen James Webster entered a plea of guilty to Count 2 of the Indictment, which charges him with domestic assault by an habitual offender, in violation of 18 U.S.C. § 117, in exchange for the promises made by the Government in the written plea agreement.

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the charge and penalties provided by law; and

5. that the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date:  February 5, 2024            /s/ *Maarten Vermaat*
                                        MAARTEN VERMAAT
                                        UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1

**This report and recommendation is being filed on the docket on May 30, 2024 nunc pro tunc to the February 5, 2024 plea date when Defendant received an unsigned copy of this report and recommendation in Court on the record during the plea hearing. Although the objection period has passed without any objection, in view of this belated nunc pro tunc filing, the parties shall have until 3:00 pm EDT May 31, 2024 to file any objections.**